**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

April 23, 2008

CASE NUMBER:   **CV 07-05864 MJJ**
CASE TITLE:     **JONATHAN LEE RICHES-v- ORACLE CORP**
DATE MANDATE FILED:   4/21/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                    Sincerely,

                                    RICHARD W. WIEKING, Clerk


                                    by: *Sheila Rash*
                                    Case Systems Administrator

Distribution:   CIVIL        -   Counsel of Record

                CRIMINAL    -    Counsel of Record
                                 U.S. Marshal (Copy of Mandate)
                                 U.S. Probation Office

NDC App-16